UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (NEW HAVEN)

In re:                                                          Chapter 13
    John Tremaglio                                      Case No.: 18-30852
        Debtor
_____/

## OBJECTION TO PLAN

Now comes Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2016-1 (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") a creditor and party in interest herein, and, by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan filed by John Tremaglio ("Debtor"). As grounds, Creditor states as follows:

1. Creditor is a secured creditor of Debtor and is secured by a first mortgage on Debtor's property located at 10 Currier Way, Cheshire CT 06410 (the "Property").

2. According to the Proof of Claim filed on behalf of Creditor, its total secured claim is $290,745.50 with a prepetition arrearage of $10,491.82.

3. On or about May 23, 2018, Debtor filed a Chapter 13 Plan (the "Plan").

4. The Plan does not provide for any treatment of Creditor's secured claim.

5. The Plan does not provide for adequate treatment of Creditor's secured claim and is not feasible.

WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of Debtor's proposed Chapter 13 Plan.

                                            Wilmington Savings Fund Society, FSB, d/b/a
                                            Christiana Trust, as trustee for Normandy
                                            Mortgage Loan Trust, Series 2016-1
                                            By its Attorneys,

Dated: September 6, 2018               /s/ David A. Shaw Esq.
                                            David A. Shaw #00417
                                            Marinosci Law Group, P.C.
                                            132 Main Street, Suite 2B
                                            Southington, CT 06489
                                            Telephone: (401) 234-9200

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (NEW HAVEN)

In re:                                                                Chapter 13
    John Tremaglio                                   Case No.: 18-30852
        Debtor
_____/

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 6th day of September, 2018, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

    1. Objection to Plan
    2. Certificate of Service

/s/ David A. Shaw Esq.
David A. Shaw #00417
Marinosci Law Group, P.C.
132 Main Street, Suite 2B
Southington, CT 06489
Telephone: (401) 234-9200

VIA ECF
Suzann L. Beckett, on behalf of the Debtor
Office of the U.S. Trustee, on behalf of the U.S. Trustee
Roberta Napolitano, on behalf of the Trustee
Valerie Smith, on behalf of Synchrony Bank
Jonathan R. Chappell, on behalf of Currier Woods Currier Woods Association, Inc
Tricia Patel, Esq., on behalf of Wilmington Savings Fund Society, FSB
Maria A. Santos, Esq., on behalf of the State of Connecticut Department of Revenue
Ashlee Folgee, Esq., on behalf of Wilmington Savings Fund Society, FSB


VIA US MAIL
John Tremaglio
10 Currier Way
Unit #34
Cheshire, CT 06410