**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: John Tremaglio | ) | **Case No. 18-30852-AMN** |
| Debtor | ) | **Chapter 13 Proceeding** |
| | ) | **April 5, 2019** |

**<u>OBJECTION TO CONFIRMATION OF PLAN</u>**

**MTGLQ Investors, LP**, (the "Creditor"), hereby objects to confirmation of the Debtor's Third Amended Chapter 13 Plan dated March 11, 2019 (the "Plan"), in connection with the above referenced matter for the following reasons:

1. The Plan does not provide for curing the arrearage and maintenance of monthly mortgage payments.

> By /s/ *Sara M. Buchanan*
> Sara M. Buchanan
> Movant's Attorney
> Federal Bar No.ct30340
> Bendett & McHugh, P.C.
> 270 Farmington Avenue, Suite 171
> Farmington, CT  06032
> Phone: (860) 677-2868
> Fax: (860) 409-0626
> E-Mail: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of April, 2019, a copy of the foregoing was served to the following:

John Tremaglio
Debtor
10 Currier Way, Unit #34
Cheshire, CT 06410
*Via First Class Mail*

Roberta Napolitano, Esq.
Trustee
*Via Electronic Notice of Filing*

Suzann L. Beckett, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

By /s/ *Sara M. Buchanan*
    Sara M. Buchanan
    Movant's Attorney
    Federal Bar No.ct30340
    Bendett & McHugh, P.C.
    270 Farmington Avenue, Suite 171
    Farmington, CT 06032
    Phone: (860) 677-2868
    Fax: (860) 409-0626
    E-Mail: BKECF@bmpc-law.com