Connecticut Local Form Order B315                                                                    Revised 02/2019

# United States Bankruptcy Court
## District of Connecticut



In re:  John Tremaglio

Debtor*

Case Number: 18-30852
Chapter: 13

### ORDER CONFIRMING FIFTH AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Fifth Amended Chapter 13 Plan, on May 13, 2019 (ECF No. 121). The Fifth Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Fifth Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Fifth Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $271.26 weekly beginning on June 14, 2019, for a period of 60 months, and until a 0% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The employer of John Tremaglio shall deduct payments from the Debtor's earnings, draw checks in the name of the Trustee, and mail the same to the Trustee on or before each due date until further order of this Court.

**Employer Information**
Prosystems LLC
87 Harvey Road, Suite 100
Westerly, RI 02891
Employee ID No. 45425

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney shall seek allowance of attorney's fees in the amount of $13,000.00 and expenses in the amount of $1,499.80, of which $3,310.00, has been paid, leaving $11,189.80 due and payable through the Debtor's confirmed Fifth Amended Plan.

After entry of an order allowing said fees pursuant to 11 U.S.C. § 330, the Trustee, or the Debtor, may pay any unpaid, allowed fees.

Dated: May 17, 2019

BY THE COURT

*Ann M. Nevins*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.